UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SENATOR ADAM SCHIFF; DMT MACTRUONG; JACK SMITH; U.S. SENATOR ELIZABETH WARREN; ALVIN L. BRAGG, JR.; U.S. SENATOR CORY BOOKER; U.S. SENATOR RAND PAUL; U.S. REP. ALEX. OCASIO-CORTEZ; U.S. SENATOR BERNIE SANDERS, <br><br> Plaintiffs, <br><br> -against- <br><br> PRESIDENT DONALD J. TRUMP; VICE PRESIDENT J.D. VANCE, <br><br> Defendants. | 25 CIVIL 1102 <br><br> CIVIL JUDGMENT |

For the reasons stated in the February 18, 2025, order, the Court dismisses this action without prejudice for Plaintiff's failure to comply with the November 25, 2013 bar order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  February 19, 2025
        New York, New York

                                                     /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                 Chief United States District Judge